UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert A. Stein,

Plaintiff,

v.

The Coach's Edge, Inc.,

Defendant.

Civil No. 00-383 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by July 15, 2000.

   b. All discovery shall be commenced in time to be completed by November 1, 2000.

   c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 50 Requests for Admission shall be served by any party.

   e. No more than 50 Document Requests shall be served by any party.

   f. No more than 5 depositions shall be taken by any party.



APR 14 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by April 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before December 15, 2000.

2) By Defendant(s) on or before January 15, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before December 15, 2000.

2) By defendant(s) on or before January 15, 2001.

c. Each party may depose no more than 2 expert witnesses on or before March 15, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed and scheduled for hearing prior to June 1, 2001.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling

Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after September 1, 2001, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 5 trial days.

DATED: April 13, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge