UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-383

| | | |
|---|---|---|
| Robert A. Stein | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| The Coach's Edge, Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: September 22nd, 2000

JAMES M. ROSENBAUM
United States District Judge

SEP 22 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**SMITH•FISHER**

**ATTORNEYS AT LAW**

*Joel Fisher*
*Douglas F. McGuire*
*Steven C. Smith*

MSB Center, Suite 400
1401 West 76th Street
Richfield, Minnesota 55423-3866

*Tel. (612)861-4556*
*Fax (612)861-6339*

September 20, 2000

The Honorable James M. Rosenbaum
U.S. District Court Judge
U.S. Courthouse, Room 15E
300 South Fourth Street
Minneapolis, Minnesota 55415

**Re: Robert A. Stein vs. The Coach's Edge**
**U.S. District Court File No.: 00-CV-383**

Dear Judge Rosenbaum:

Enclosed herewith for your signature and approval please find an original and two (2) copies of the Stipulation for Dismissal together with an Order for Dismissal. If these documents meet with your approval, please sign the order and make it available to the clerk for filing. I would also ask that the copies be conformed and returned to me for distribution to all counsel.

If you have any questions please do not hesitate to call.

Very truly yours,

Joel A. Fisher

JAF:jlb

cc: Bernard J. Rhodes, Esq.
Ronald J. Lee, Esq.