**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **ROBERT A. STEIN,** | ) | **Civil File No.: 00-CV-383** JMR/FLN |
| **Plaintiff,** | ) | |
| **vs.** | ) | **ORDER FOR DISMISSAL** |
| **THE COACH'S EDGE,** | ) | |
| **Defendant.** | ) | |

---

Based on the Stipulation for Dismissal dated August 29, 2000 by Plaintiff and September 18, 2000 by the Defendant, and entered into between the parties and upon all of the files and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits but without further cost to any of the parties herein.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: September 28, 2000

The Honorable James M. Rosenbaum
U.S. District Court Judge

SEP 28 2000

FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **ROBERT A. STEIN,** | ) | **Civil File No.: 00-CV-383** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| **THE COACH'S EDGE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the above-entitled action may be dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that the court, without notice to either party, may issue an Order for Dismissal with prejudice on the merits and that judgment may be entered thereon.

**FAEGRE & BENSON, LLP**

Ronald J. Lee
Attorney for Defendant
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
Attorney I.D. No.: 200505
(612)336-3000

Dated: 9/18/00

**SMITH•FISHER**
**ATTORNEYS AT LAW**

Joel A. Fisher
Attorney for Plaintiff
MSB Center, Suite 400
1401 West 76th Street
Richfield, MN 55423
Attorney I.D. No.: 70622
(612)861-4556

Dated: 8/29/00